UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BLACKSTONE PROPERTY PARTNERS L.P., D/B/A PARKER TOWERS,<br><br>Defendant. | Civil Action No. 1:19-cv-02979-LTS-KNF |



## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and upon the stipulation of the parties, Plaintiff Brian Fischler and Defendant Blackstone Property Partners L.P., by their undersigned attorneys, hereby stipulate that all claims in this matter shall be dismissed with prejudice, and for good cause shown, it is hereby

**ORDERED** that this action shall be, and hereby is, dismissed with prejudice

Entered this 29 day of July 2019.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**AGREED:**

BRIAN FISCHLER

By: _____
Douglas Lipsky
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6706
(212) 392-4772
doug@lipskylowe.com

BLACKSTONE PROPERTY PARTNERS L.P.

By: _____
Todd Bromberg
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
(202) 719-7000
tbromberg@wileyrein.com